# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

145285

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DESMOND TERRELL BRIDGEFORD,
    Defendant-Appellant.

SC: 145285
COA: 309186
Muskegon CC: 11-060423-FC

_____/

     On order of the Court, the application for leave to appeal the April 25, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012                _____

t0827                                        Clerk